THE PEOPLE v. AUGUSTUS G. COLE.

*Value of stolen property.*

Value of stolen property is fixed by rates prevailing at the time and
place where the theft was committed, and not in some neighboring
city.

Error to Oakland. (Stickney, J.) June 19.—June 19.

LARCENY. Respondent brings error. Affirmed.

*W. N. Draper* and *Thomas J. Davis* for appellant.

Attorney General *Van Riper* for the People.

CHAMPLIN, J. Respondent was convicted of larceny of
property exceeding twenty-five dollars in value. The offense

was committed in Oakland county and within two miles of the city of Pontiac. The circuit judge excluded evidence of the value of the property in the city of Detroit, and confined the proof to the value at the time and place when and where the larceny was committed.

There is no error in the record, and the judgment is affirmed.

The other Justices concurred